In re VALENTINE'S ESTATE. (No. 5684.) (Supreme Court, Appellate Division, First Department. April 24, 1914.) Appeal from Surrogate's Court, New York County. In the matter of proceedings for the assessment of the transfer tax on the estate of Henry C. Valentine, deceased. From a surrogate's order (147 N. Y. Supp. 231) sustaining objections to an appraiser's report and fixing the transfer tax, the State Comptroller appeals. Reversed, and report of first appraiser confirmed. Albert Stickney, of New York City, for appellant. Ellwood M. Rabenold, of New York City, for respondent.

PER CURIAM. We disagree with the learned surrogate in sustaining the objections to the first appraiser's report, as we think the amount found by the appraiser was a fair estimate of the value of the stock in question. The decree

of the surrogate should therefore be reversed, with costs to the appellant, and the first appraiser's report, fixing the value of the stock at $125.72 per share, affirmed, and the appraisal of the property fixed at that sum.